FILED
2014 Jan-03 PM 03:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION

OSCAR COLVIN, et al.,          }
                               }
    Plaintiffs,                }
                               }     CIVIL ACTION NO.
v.                             }     13-AR-1458-S
                               }
PETERSON INDUSTRIAL, INC.,     }
                               }
    Defendant.                 }
```

## MEMORANDUM OPINION AND ORDER

The complaint filed in the above-entitled case on August 7, 2013, alleged that plaintiffs are residents of St. Clair County, Alabama, and that defendant is likewise a resident of St. Clair County, Alabama. Paragraph 5 of the complaint, entitled "VENUE", alleged as follows:

> The events which give rise to this lawsuit all occurred in St. Clair County, Alabama, where plaintiff, Oscar Colvin, was employed with defendant through January 22, 2012.

The complaint was erroneously headed as follows:

> In the United States District Court
> for the Middle District of Alabama
> Northern Division

The heading should have read "In the United States District Court for the Northern District of Alabama, Middle Division". For reasons unknown to the court, the Clerk mistakenly filed the case as a Southern Division case and randomly assigned it to the undersigned who handles Southern Division cases but not Middle Division cases.

The Clerk is hereby INSTRUCTED to randomly reassign the case to the Middle Division and to a judge of this court who is assigned to the Middle Division.

DONE this 3rd day of January, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE